**NFC TECHNOLOGY, LLC, Appellant**

**v.**

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

2016-1809

United States Court of Appeals, Federal Circuit.

September 20, 2017

Jon Wright, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by Adam Lar-ock, Brian Lee; Robert Auchter, McKool Smith, P.C., Washington, DC.

Benjamin T. Hickman, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Joseph Matal. Also represented by Nathan K. Kelley, Thomas W. Krause, Joseph Gerard Piccolo, Scott Weidenfeller.

(Newman, Lourie, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**